[Cite as *07/01/2002 Case Announcements*, 2002-Ohio-3343.]

# The Supreme Court of Ohio

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

### July 1, 2002

## DISCIPLINARY CASES

**2001-0412.  Cleveland Bar Assn. v. Cleary.**
Patricia A. Cleary is reinstated to the practice of law.

## MISCELLANEOUS DISMISSALS

**2002-0902.  Butcher v. Lewis.**
Stark App. No. 2001CA00219, 2002-Ohio-1858.  This cause is pending before the court as a discretionary appeal and a claimed appeal of right.  Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

## ADMINISTRATIVE ACTIONS

### *The Supreme Court of Ohio*

**This list is being published pursuant to Gov. R. I., Sec. 15.**

**The following persons have applied to take the July 2002 Ohio Bar examination:**

*Adams*

| | |
|---|---|
| Michelle Elrick McFarland | Manchester |

*Allen*

| | |
|---|---|
| David Eugene Garland | Elida |
| Michael Bradley Kelley | Lima |
| Irene Sileski | Lima |
| Bethany Rae Thomas | Elida |

### Ashtabula
| | |
|---|---|
| Joshua Allen Fowkes | Geneva |

### Athens
| | |
|---|---|
| Wheaton Bissell Wood | Athens |

### Auglaize
| | |
|---|---|
| William Dean Kellermeyer, Jr. | Saint Marys |
| Paul Joseph Murphy | New Knoxville |

### Brown
| | |
|---|---|
| Michael Todd Pfeffer | Ripley |

### Butler
| | |
|---|---|
| Loveleen Kaur Bajwa | West Chester |
| Suraj Jayavant Bhakta | Middletown |
| Charles Andrew Bruch | West Chester |
| Heather Lee Cady | West Chester |
| Jennifer Lee Chesser | West Chester |
| Kara Ann Denny | West Chester |
| John Nathan Eichelman | Fairfield |
| Matthew Charles Gladwell | Hamilton |
| Shannon Lynn Haferkamp | Hamilton |
| Michael Joseph Hallee | Middletown |
| Jason Richard Hennekes | Hamilton |
| Craig Anthony Hoffman | Fairfield |
| Teresa Ramona Laidacker | West Chester |
| Jill Ann Mullinix | West Chester |
| Jamey Todd Pregon | Middletown |
| Curtis Edward Rodebush | West Chester |
| Robert Edward Rudder | Middletown |
| Sean Joshua Ian Dana Llewellyn Rush | Middletown |
| Darlene Sharon Marie Smith | West Chester |
| Shanda Lautaushia Spurlock | Cincinnati |
| Jay Todd Stewart | West Chester |
| Andrew Warren Weisenberger | Fairfield |
| Michael Dean Zimmerman | Fairfield |

### Carroll
| | |
|---|---|
| Jeffery Lee Mangun | Carrollton |

### Champaign
| | |
|---|---|
| Joshua John Hahn | Urbana |

### Clark
| | |
|---|---|
| Kelli Ann Bartlett | New Carlisle |
| Matthew Rylance Lord | Springfield |
| Jared Bentley Seneca Steele | Springfield |

### Clermont
| | |
|---|---|
| Gregory Michael Galvin | Batavia |
| Jennifer Lynn Kinnen | Amelia |
| Jennifer Lynn Lambert | Milford |
| Carol Ann Lubbers | Williamsburg |
| Christine Catherine Mastin | Cincinnati |
| Robert Allen Whitehouse, II | Batavia |

### Clinton
| | |
|---|---|
| Charles Patrick Denier | Clarksville |
| Brian Joseph Laycock | Wilmington |

### Columbiana
| | |
|---|---|
| David Michael Allison | East Palestine |
| Kyde Lynn Bloor | East Liverpool |
| Sean D. Logan | Salineville |
| Whitman Robinson | Salem |
| Michael James Wright | East Liverpool |
| Robert Scott Yallech | Salem |

07-01-02

## Crawford

Matthew Edwin Crall — Bucyrus

## Cuyahoga

| | |
|---|---|
| Matthew Bruce Abens | Cleveland |
| Michael Maurice Abood | Cleveland |
| Beth Marie Adams | Garfield Heights |
| Beverly Ann Adams | North Royalton |
| Matthew Ewan Albers | Cleveland |
| Emily Erin Allegretti | Cleveland |
| Lloyd Douglass Anderson | Bedford Heights |
| William Henry Andrews, III | Lakewood |
| Rigel Antares Ariza | Cleveland |
| Michael Demetrius Attali | North Olmsted |
| Alexander Afsheen Bagne | Shaker Heights |
| Erika Dale Bailey | Lakewood |
| John Charles Jeffrey Barlow | Cleveland Heights |
| Randi Allison Barnabee | Bedford |
| Leigh Ann Bayer | Mayfield Heights |
| William Thomas Beck | Cleveland Heights |
| Karl Andrew Bekeny | Westlake |
| Robin Donnell Belcher | Cleveland |
| Alyssa Jean Bell | Rocky River |
| Nancy Lina Berardinelli | Lakewood |
| Joseph Edward Bercik | Middleburg Heights |
| Sara Bethany Bitter | Cleveland |
| Nancy Peyton Blair | Parma |
| David Scott Blocker | Cleveland Heights |
| Christopher Nolan Boles | Cleveland |
| Chet James Bonner | Bay Village |
| Kimberly Lynn Borchert | North Royalton |
| Catherine Lynn Bozell | Cleveland |
| William Arthur Brazeau | Cleveland |
| Kevin James Brennan | Brecksville |
| John Howard Brillian, Jr. | Bay Village |
| David Harold Brown | Cleveland |
| Jaron Rashid Brown | Shaker Heights |
| Jeremy Todd Browner | South Euclid |
| Michael John Burgess | Lakewood |
| Patricia Ann Burgess | Shaker Heights |
| Kevin Paul Butler | Cleveland Heights |
| Nailah Khadijah Byrd | Cleveland |
| Carrie Mae Caldwell | Lakewood |
| Michael Adam Carin | Garfield Heights |
| Barbara Alice Casey | Rocky River |
| Michael Ray Cassady | Strongsville |
| Michele Maria Cerullo | Cleveland Heights |
| Airica Denine Clay | East Cleveland |
| Daniel Alan Cleary | Bay Village |
| Michael William Cochran | North Olmsted |
| Jillian Stacey Cole | Shaker Heights |
| Kara Ann-Marie Conway | Shaker Heights |
| Jared David Cook | Fairview Park |
| Lorri Walker Cooper | Broadview Heights |
| Kimberly Ann Cordas | Cleveland |
| D. Lee Crosby | Westlake |
| Mallory Ciar Curran | Cleveland Heights |
| Amy Renee Cuthbert | Lakewood |
| Romie Marianne Daher | Mayfield Village |
| Meghan Marie Dargay | Middleburg Heights |
| Marc Ericson Darnell | Cleveland Heights |
| Lauren Elizabeth Davidson | Lakewood |
| Kathleen Ellen Davis | Rocky River |

| | |
|---|---|
| Lorraine Debose | Cleveland |
| Sara Cathryn Clicquennoi Devine | Richmond Heights |
| Nicholas Anthony DiCello | Pepper Pike |
| Rocco William DiPierro, Jr. | Cleveland |
| Amy Ingham Doan | Rocky River |
| Michael Kevin Dolan, Jr. | Parma |
| Aryeh Isaac Dori | Cleveland Heights |
| Christine Dorman | Middleburg Heights |
| Roger David Drake | Cleveland Heights |
| Joyce Marie Edwards | Cleveland Heights |
| David Charles Epstein | Solon |
| James Donald Evans, Jr. | Shaker Heights |
| John David Fabian | Lakewood |
| Guenther Karl Fanter | Lakewood |
| Brian Patrick Farnan | Cleveland |
| Ruth Morton Fazio | Cleveland |
| Nathan Alan Felker | Brooklyn |
| James Royal Flaiz, Jr. | Chagrin Falls |
| Sarah Catherine Flannery | Lakewood |
| Ariel Cesareo Flores | Brook Park |
| Megan Kathleen Fraser | Lakewood |
| Joan Mary French | Lakewood |
| John Barry Frenden | Lakewood |
| Jeffrey Robert Froude | Lakewood |
| Christine Carmen Gall | North Royalton |
| Jess Everett Gamiere | Cleveland |
| Anjula Garg | Shaker Heights |
| Beatrice Garrett | Lakewood |
| Tiiu Ellen Gennert | Shaker Heights |
| Jason Matthew Gerber | Cleveland Heights |
| Amy Elizabeth Gerbick | Rocky River |
| Katherine Helene Gibbons | Cleveland Heights |
| William Paul Glaeser | Cleveland |
| Brenda Renee Goins | Cleveland |
| Aaron Paul Gongaware | Cleveland |
| Tracey Street Gonzalez | Cleveland |
| Meghan Erin Graves | Chagrin Falls |
| Thomas Evan Green | Cleveland |
| Craig Thomas Gretter | Cleveland Heights |
| Jill Anne Grinham | Cleveland |
| Eric Sweed Grodsky | University Heights |
| Marlene Christine Gross | Cleveland |
| David Daniel Guerrieri | Lakewood |
| Adrienne Hackett | Cleveland |
| Khary Lumumba Hanible | Cleveland |
| Byron Louis Harper | Bedford Heights |
| David Andrew Head | Strongsville |
| Bryan Francis Hegyes | Cleveland Heights |
| Julianna Elizabeth Herrick | Cleveland Heights |
| Timothy Alan Hess | Middleburg Heights |
| Chad Allen Hester | University Heights |
| Brian Patricc Higgins | Cleveland |
| Adam Charles Hirschfeld | Beachwood |
| Amy Clum Holbrook | Cleveland |
| Nicole Monique Holder | Cleveland |
| Peter Andrew Holdsworth | Strongsville |
| Christine Jeannette Holt-Hudson | Cleveland |
| Clevonne Michelle Houser | Shaker Heights |
| Christina Margaret Hronek | Seven Hills |
| Branislav Hruz | Euclid |
| Allen Curry Hufford | Cleveland Heights |
| Stuart Yusuf Itani | Pepper Pike |
| Christopher Lee Jabo | North Olmsted |

| | |
|---|---|
| Jennifer Anne Lukas Jackson | Cleveland |
| Emanuel Fraser Jacobowitz | Shaker Heights |
| Thomas Albert Jefson | Cleveland Heights |
| Lindsay Carole Jenkins | Cleveland |
| Junxia Tang Jernejcic | Fairview Park |
| Todd Francis Johnson | Shaker Heights |
| Heather Rene Jones | Lakewood |
| Larry Jerome Jones | Cleveland |
| Christopher Thomas Julian | North Royalton |
| Ryan Mathew Kay | Cleveland Heights |
| Sean Stephen Kelly | Parma |
| Thomas James Kelly | North Royalton |
| Kathryn Elizabeth Kerber | Euclid |
| Adrienne Beth Kirshner | University Heights |
| Scott Town Knowles | Strongsville |
| Jeffrey Vogt Kocian | Cleveland |
| Lynda Koenemann | Shaker Heights |
| Kimberly Koontz | Shaker Heights |
| Roman Anatolyevich Kostenko | Cleveland |
| David Anthony Kovass | Beachwood |
| Jeffrey Andrew Kurz | Cleveland Heights |
| Robert James LaCivita | Cleveland |
| Giovanni LaCognata | Seven Hills |
| Julie Ann Lady | Cleveland |
| Sarah Terese Lally | Bay Village |
| Jason Christopher Lamb | Strongsville |
| Jeffrey Robert Lang | Cleveland |
| Britta Margaret Larsen | Cleveland |
| Eric Blake Levasseur | Cleveland Heights |
| Robert Samuel Lewis | Cleveland |
| Corey Shana Lichtman | University Heights |
| Heather Smith Lim | Cleveland Heights |
| Andrea Faith Limberty | Cleveland |
| Kelly Lynn Marie Lombardy | Strongsville |
| Khara Marie Singer Mack | North Royalton |
| Luke Daniel Mahoney | Olmsted Falls |
| Tamara Catrice Manning-Gordon | South Euclid |
| Carmina Mares | Shaker Heights |
| Grazyna Kinga Markiewicz | Cleveland Heights |
| Angela Dawn Marshall | Lakewood |
| Rachael Joy Martin | Lakewood |
| Alicia Louise Mazzi | Cleveland |
| Hugh Barrett McClean | Cleveland Heights |
| Janine Marie McClintic | Lakewood |
| Shawn Arthur McClintic | Lakewood |
| Heather Colleen McCollough | Cleveland |
| Cassandra Eileen McConnell | Warrensville Heights |
| Maureen Moffatt McGuire | Lakewood |
| Michele Lynn McKee | Cleveland |
| Nicholas Joseph Meanza, Jr. | Richmond Heights |
| Peter Louis Mehler | Cleveland Heights |
| Makiedah Ann Messam | Cleveland |
| Horatio Gabriel Mihet | North Royalton |
| Lisa Marie Mikol | Cleveland |
| David Matthew Milite | Cleveland |
| Julanne Montville | Cleveland Heights |
| Gerard Richard Morgan | South Euclid |
| Yolanda Michelle Muhammad | Cleveland |
| Matthew Bernard Murphy | Westlake |
| James Peter Myers | Westlake |
| O. Lee Myers | Cleveland |
| Richard Michael Nash, Jr. | North Royalton |
| John Nestor Neal | Cleveland Heights |

| | |
|---|---|
| Kenneth Allen Nelson, II | Lakewood |
| Stephanie Elizabeth Niehaus | Westlake |
| Martha Peach Nikolaus | Lakewood |
| Hans Andrew Nilges | Broadview Heights |
| Lori Marie Oberholzer | Cleveland Heights |
| Lisa Ann Orlando | Moreland Hills |
| Helen Oroz | Euclid |
| William Edward Owens | Euclid |
| Aparesh Paul | Cleveland Heights |
| Barbara Ellen Peck | Cleveland Heights |
| Jacqueline Marie Perno | Cleveland |
| William Francis Perry | Westlake |
| Dimitrios Petropouleas | Brooklyn |
| David Emmitt Phillips | Lakewood |
| Jessica Angel Pinter | Cleveland |
| Mark Phillip Pinzone | Strongsville |
| Lindsey Irene Placko | Brook Park |
| Michael Jacob Podolsky | Lyndhurst |
| Victor Dennis Radel | Lakewood |
| Sonja Claire Rajki | Cleveland Heights |
| Jennifer Catherine Rak | Cleveland |
| Elizabeth Ann Ratliff | Lakewood |
| Ian Miles Redmond | Fairview Park |
| Amanda Megan Reece | Cleveland |
| Robyn Marie Regan | Cleveland Heights |
| Stacey Reid | Bedford |
| Weldon Hall Rice | Cleveland |
| Ryan Louis Rivchun | University Heights |
| Christopher Michael Ronnebaum | Bedford |
| John Dominic Rosalina | Solon |
| Victor Robert Rosenberg | Mayfield Heights |
| Jennifer Lawless Roth | Cleveland Heights |
| Aaron John Rupert | Middleburg Heights |
| Sonya Alexandrial Russell-Ogletree | Shaker Heights |
| Angelo Russo | Westlake |
| Anthony Charles Sansone | Bay Village |
| Todd Christopher Schebor | Cleveland Heights |
| LeAnn Renee Schemrich | Lakewood |
| Michael David Schindler | Parma |
| Richard Adam Schloss | Cleveland Heights |
| Theresa Schnalcer | Rocky River |
| Kristen Anne Schneidler | North Olmsted |
| Aaron Alex Schwartz | Cleveland Heights |
| Michael Byrne Schwegler | Orange |
| Frank Henry Scialdone | Rocky River |
| Wanda Mona Scott | Cleveland |
| Ryan Jason Sears | Bentleyville |
| Rosanne Karen Shriner | Fairview Park |
| John Robert Sindyla | North Royalton |
| Stacey Lynne Skoczen | Independence |
| Bethany Lynn Smith | Lakewood |
| Mara Alexis Smith | Solon |
| Samuel Ray Smith, II | Cleveland Heights |
| Wendi Theresa Smith | Cleveland Heights |
| Stacy Eileen Smonko | North Royalton |
| Michael Jerome Sourek | North Olmsted |
| Michael Alan Spielman | Shaker Heights |
| Meredith Lee Stark | Cleveland Heights |
| David James Stein | Parma |
| Lesley Elizabeth Stein | Cleveland Heights |
| David Joseph Steiner | Parma |
| Joseph Laszlo Stottner | Cleveland |
| Edmenson Lewis Suggs | Cleveland |

| | |
|---|---|
| Kelly Lynn Summers | Lakewood |
| Maritza Tamayo | Cleveland |
| Angela Meredith Taylor | Cleveland |
| Heather Miranda Taylor | Lakewood |
| Andrew Robert Thaler | Cleveland Heights |
| Freddie Leroy Thomas, Jr. | Cleveland |
| Patrick John Thomas | South Euclid |
| Emily Ann Tidball | Cleveland |
| Melissa Toddy | Cleveland Heights |
| Karine Lyndsay Trattner | Bay Village |
| Ashanti Denise Trent | Brook Park |
| Julius Elmer Trombetto | Westlake |
| Mark Andrew Tumeo | Cleveland Heights |
| Jack Turner, II | Shaker Heights |
| Carmen Morris Twyman | Cleveland Heights |
| Melodie Elizabeth Vereb | Cleveland |
| Leland Gray Vincent, II | Orange Village |
| Louis Anthony Vitantonio, Jr. | Independence |
| Christopher Martin Vlasich | Cleveland Heights |
| Laura Lynn Volpini | Cleveland |
| Albert Anthony Vondra | North Royalton |
| Michelle Felicia Wade | Cleveland Heights |
| Andrea Rae Warner | Lakewood |
| Matthew Terrence Waters | Cleveland |
| Ronald Watson | Strongsville |
| Cheryl Ann Webb | Lakewood |
| Ronald Lee Weihrauch, Jr. | Shaker Heights |
| Catherine Bassett Wexler | South Euclid |
| Brandi J. Williams | Shaker Heights |
| Reginald Dumas Williams | Shaker Heights |
| Cheryl Michelle Wiltshire | Cleveland |
| Daniel Robert Winterich | Cleveland Heights |
| Jamie Marie Wolfrom | Mayfield Heights |
| Brian Donald Wright | Cleveland |
| Joanie Louise Yakunovich | Lakewood |
| Brian Michael Zaber | Broadview Heights |
| Renee Zaidenras | Beachwood |
| Christopher Edward Ziance | Cleveland |
| Christopher John Zirke | Cleveland |
| Benjamin Jonathan Zlatin | University Heights |
| Douglas Joseph Zubricky | Parma |
| Katherine Sommers Zvomuya | Cleveland Heights |

## *Darke*

| | |
|---|---|
| Richard Lee Alexander | Greenville |

## *Defiance*

| | |
|---|---|
| Allison Lynn Browns | Defiance |
| Tamara Jean Derricotte | Defiance |
| Erin Sue Strausbaugh | Defiance |

## *Delaware*

| | |
|---|---|
| Jonathan Paul Corwin | Lewis Center |
| Matthew Richard Dixon | Powell |
| Michelle Renee Evans | Galena |
| Trudy Diane Farrar | Powell |
| Christine Marie Frank-Scott | Lewis Center |
| Rene' Jeanette Frazee | Lewis Center |
| Jason Patrick Hager | Powell |
| Julie Christine Kidwell Hartzell | Lewis Center |
| Elena Valerianovna Helmer | Westerville |
| Jennifer Michelle Himes-Riley | Lewis Center |
| William Thomas Kamb | Powell |
| John Bernard Kopf, III | Powell |
| Christy Jene Love | Hideaway Hills |

| | |
|---|---|
| Richard Lee Mummey | Delaware |
| David Allen Peura | Lewis Center |
| David James Stamolis | Columbus |
| Jenifer Susan Thompson | Powell |
| Oliver Hermann Wegener | Delaware |
| Matthew Scott Zeiger | Powell |

## *Erie*

| | |
|---|---|
| Lane Scot Duncan | Sandusky |
| Carol Marie Gottschling | Wakeman |
| Trevor Martin Hayberger | Sandusky |
| Jeffrey Saunders Smith | Sandusky |
| Karen Jeannine Wensink | Monroeville |
| Saber Rathbun Williams | Vermilion |
| Thomas Carl York, Jr. | Huron |

## *Fairfield*

| | |
|---|---|
| Katherine Marie Barclay | Reynoldsburg |
| Jerry Paul Cline | Lancaster |
| Andrew Edward Russ | Pickerington |
| Harriet Catherine Smith | Reynoldsburg |
| Paul Clarence Thompson | Pickerington |

## *Franklin*

| | |
|---|---|
| Steven Gregory Abraham | Columbus |
| Erica Lee Adamany | Hilliard |
| Fidelis Ikechukwu Agbapuruonwu | Columbus |
| John Joseph Alastra | Columbus |
| Oscar Enrique Albores | Columbus |
| Elizabeth Catherine Alderman | Columbus |
| Jeffrey William Aldrich, Jr. | Bexley |
| Lina Nizar Alkamhawi | Columbus |
| Kyle Brett Anderson | Worthington |
| Scott Raymond Andrews | Dublin |
| Ruth Lynn Anker | Columbus |
| Stephen Patrick Anway | Upper Arlington |
| Stephen Wells Arnold | Columbus |
| Mary Amos Augsburger | Columbus |
| Matthew Blaine Baker | Westerville |
| Bryan Charles Barch | Columbus |
| Adam Thomas Barclay | Reynoldsburg |
| Stephen Michael Barette | Columbus |
| Joanna Elaine Baron | Columbus |
| Stephen Christopher Barsotti | Columbus |
| Malika Bartlett | Columbus |
| Todd Charles Baumgartner | Columbus |
| Diana Lynn Beam | Powell |
| Jeffrey Ryan Becker | Columbus |
| Shawn Michael Beem | Columbus |
| Shanda Michelle Behrens | Columbus |
| David Bilenko | New Albany |
| Michael Todd Bivens | Columbus |
| Joseph Gerard Blake, II | Columbus |
| Daniel David Bloch | Dublin |
| Tonya Nicole Blosser | Columbus |
| James Andrew Boland, Jr. | Columbus |
| Michael David Bonasera | Columbus |
| Robert Douglas Bowers | Columbus |
| Jason Elliott Boyd | New Albany |
| Jeffrey Scott Braun | Columbus |
| Kathryn Ellen Brooks | Worthington |
| Dirk Steven Glenn Brown | Hilliard |
| Donte' Patrick Brown | Columbus |
| Kenneth Eugene Brown | Columbus |
| Kimberly Christine Brunner | Columbus |

| | |
|---|---|
| Mark Thomas Bueltmann | New Albany |
| Matthew David Burdge | Columbus |
| Brigette Amber Burnell | Columbus |
| Jacob Andrew Cairns | Columbus |
| Samuel Alan Campbell | Columbus |
| Curtis Robert Adrian Capehart | Dublin |
| Gail Elizabeth Carelli | Columbus |
| Elizabeth Carmona | Columbus |
| Colette Suzanne Carr | Columbus |
| Janice Erica Casanova | Columbus |
| Richard Francis Chambers, II | Worthington |
| Stephanie Dawn Champ | Columbus |
| Jack Jiun-Nai Chiang | Columbus |
| Mark Chiminiello | Columbus |
| Eun Sook Chung | Dublin |
| Danielle Remeka Crystal Clack | Gahanna |
| Daniel John Clark | Worthington |
| Jonathan Chase Clark | Columbus |
| Trevor Matthew Clark | Columbus |
| Eric Russell Cole | Columbus |
| Crystal Yvett Coleman | Blacklick |
| Morgan Joy Condo | Gahanna |
| Aaron Robert Conrad | Columbus |
| Michael Anthony Cox | Columbus |
| Sean Patrick Coyan | Columbus |
| Paula Marie Crawford | Columbus |
| Adam Elden Crowell | Columbus |
| Kathleen Marie Crowley | Columbus |
| Jaime Allison Dansa | Dublin |
| Michael Walter Deemer | Columbus |
| Michelle Catherine Delery | Columbus |
| Andrew Ben Demers | Columbus |
| Beth Ann DeSimone | Columbus |
| John Anthony DiFrangia | Hilliard |
| William James Dobosh, Jr. | Columbus |
| Danielle Renee Dunn | Columbus |
| Bertha Duran | Grove City |
| Katherine Lee Early | Columbus |
| Taheerah Kalimah El-Amin | Columbus |
| Laura Elena Erebia | Dublin |
| Joseph Edward Ezzie | Columbus |
| Kevin Richard Filiatraut | Columbus |
| Tanya Demetrus Flanigan | Columbus |
| Kysha Lynn Fletcher | Columbus |
| Kristi Lynn Ford | Columbus |
| Steven David Forry | Columbus |
| Jeffrey Douglas Fortkamp | Columbus |
| Karen Margarett Foster | Reynoldsburg |
| Shannon Kerri Freed | Columbus |
| Daniel Joseph Fruth | Westerville |
| Otto Wayne Fulmer, III | Columbus |
| Eric Bowman Gamble | Columbus |
| Charles Vincent Gasior | Gahanna |
| Lisa Michelle Gatchell | Columbus |
| Brenda Joan Gengler | Columbus |
| Benjamin Sanford Genshaft | Bexley |
| Peter John Georgiton | Columbus |
| Aaron Michael Glasgow | Columbus |
| Emily Noel Glatfelter | Columbus |
| Tyler William Goff | Columbus |
| Alissa Renee Goldberg | Columbus |
| Matthew Thomas Green | Columbus |
| Alpha Toi Griffin | Columbus |

| | |
|---|---|
| Daniel Richard Griffith | Columbus |
| Monique Antanette Hall | Columbus |
| Richard Elliott Halsey | Columbus |
| Bethany Jean Hamilton | Columbus |
| Kevin Michael Hampton | Hilliard |
| Jennifer Marie Hanysh | Columbus |
| Wendy Sue Harbarger | Gahanna |
| Tara Ann Hare | Dublin |
| Christina Elizabeth Haselberger | Columbus |
| Chad Anthony Heald | Columbus |
| Curt Roger Heinrich | Columbus |
| William Fred Hensley | Columbus |
| Leigh Straker Taylor Higgins | Columbus |
| Kevin Michael Hilvert | Hilliard |
| Linda Sue Hinton | Dublin |
| Colleen Denise Hitch | Columbus |
| Rebecca Kathaleen Hockenberry | Columbus |
| David Larry Hodge | Columbus |
| Mark Edward Hogan | Columbus |
| Jonathan Lewis Holfinger | Columbus |
| Tina Michele Hopkins | Whitehall |
| Janna Lynne Huber | Columbus |
| Timothy Dale Hudok | Upper Arlington |
| Sarah Elizabeth Hurst | Columbus |
| Tracy Carole Huth | Gahanna |
| Patrick Ian Jackson | Columbus |
| Melissa Ann Jamison | Columbus |
| Diann Elaine Johnson | Reynoldsburg |
| Jeremy Wayne Johnson | Columbus |
| Jessica Leigh Johnson | Columbus |
| Keisha Diane Johnson | Columbus |
| Margaret Louise Johnson | Columbus |
| Shanequa Lynnette Jones | Columbus |
| Vicki Marie Joseph | Columbus |
| Tiffany Anne Kaiser | Columbus |
| Jerry L. Kaltenbach, II | Columbus |
| Erica Leigh Keenan | Columbus |
| Vincent Lewis Keeran | Columbus |
| Matt Rory Kelbick | Columbus |
| Eric Daniel Keller | Columbus |
| Christopher Thomas Kennedy | Columbus |
| Raymond Christopher Keyser | Columbus |
| Rasheeda Zamani Khan | Columbus |
| Thomas Fredrick Kibbey | Columbus |
| Ellen Louise Kinker | Columbus |
| Jill Lesli Knapp | Dublin |
| Lisa Renee Knickerbocker | Galloway |
| Ronald John Koch | Gahanna |
| Matthew Callen Krejci | Columbus |
| Cavett Russell Kreps | Columbus |
| Kevin Edwin Kuehn | Grove City |
| Kristie Campbell Kuhn | Galloway |
| Shawna Marie Landaker | Reynoldsburg |
| Heather Dawn Lang | Westerville |
| John Oswald Langfelder | Columbus |
| Juan Lara | Columbus |
| Heather Elizabeth LeClair | Columbus |
| Craig Lorne Emerson Leis | Columbus |
| Gregory Joseph Lestini | Columbus |
| Richard David Lloyd | Columbus |
| Andrew Craig Lockshin | Columbus |
| Kenneth Lee Lupo | Columbus |
| Bryan James Lynch | Galloway |

07-01-02

| | |
|---|---|
| Benjamin Joseph MacDowell | Columbus |
| Jennifer Lynn Mackanos | Columbus |
| Robert Howard Major | Columbus |
| Joy Lenore Marshall | Columbus |
| Daniel Matthew Massey | Columbus |
| LeeAnn Marie Massucci | Blacklick |
| Susan Ann Mathews | Columbus |
| Jill Annette Matthews | Columbus |
| Aaron Matthew McClain | Columbus |
| Harvey Nathaniel McCleskey | Columbus |
| Thomas Norbert McCormick | Upper Arlington |
| Steven Christopher McGann | Columbus |
| Nneka Janene McGee | Columbus |
| Donna Gail McGehean | Columbus |
| Sean Michael McGlone | Columbus |
| Myra Linette McKenzie | Columbus |
| Shawn Charles McKinley | Grove City |
| Darren Augustus McNair | Columbus |
| Jennifer Myers Meacham | Columbus |
| Robert Harold Meader | Columbus |
| Susan Margaret Miedler | Columbus |
| Daniel Jeremy Miller | Galloway |
| Niki Kathryn Monta | Columbus |
| Susan Jane Montgomery | Columbus |
| Lisa Dawn Moore | Columbus |
| Carol Virginia Mosholder | Dublin |
| Kevin Michael Mueller | Columbus |
| Eric Christian Myers | Columbus |
| Robert Duane Nauman | Columbus |
| Kiro Dusko Naumov | Columbus |
| Robin Marie Nichols | Columbus |
| Priscilla Kress North | Columbus |
| Terrence Jeremy Null | Grove City |
| Leah Victoria Basobas O'Carroll | Columbus |
| Thomas Christopher O'Connell | Columbus |
| Rachel Catherine Oktavec | Worthington |
| David Kevin Orensten | Columbus |
| Bruce Paul Paige | Columbus |
| Jeffrey Anthony Pallante | Columbus |
| Brandon Jay Parmer | Worthington |
| Jerry Eugene Peer, Jr. | Dublin |
| Shoshana Rivka Pehowic | Columbus |
| Eden Renee Petrarca | Reynoldsburg |
| Karen Jane Theresa Pfahl | Columbus |
| Joseph Charles Pickens | Hilliard |
| Janica Aniela Pierce | Columbus |
| Anthony Duane Pierson | Columbus |
| John Burhyte Corey Porter | Columbus |
| Richard Dudley Porter | Columbus |
| Melissa Mary Prendergast | Columbus |
| Holly Jean Price | Columbus |
| Kevin Clarke Rafferty | Columbus |
| Jennifer Marie Gregg Rausch | Columbus |
| Stephanie Michelle Rawlings | Columbus |
| Daniel Andrew Reinhard | Columbus |
| John Richard Riccardi | Columbus |
| Curtis Larry Richardson, Jr. | Blacklick |
| Jessica Renee Richman | Columbus |
| Polly Elizabeth Rickard | Columbus |
| Nancy Ann Rickson | Columbus |
| David Alan Riepenhoff | Westerville |
| James Robert Rishel | Westerville |
| Rebecca Lee Risley | Columbus |

07-01-02

| | |
|---|---|
| Bonnie Lee Roach | Gahanna |
| Donald Wilson Roberts | Columbus |
| Charity Seabrook Robl | Columbus |
| Eric Conrad Rogers | Grove City |
| Timothy Aaron Roston | Westerville |
| Michael James Rusie | Dublin |
| Robbin Renee Russell | Worthington |
| Rebecca Juliana Saad | Columbus |
| Kyle Scott Scheatzle | Columbus |
| Scott Christopher Scherger | Columbus |
| Stacy Michelle Schumacher | Hilliard |
| Tracy Renee Schwotzer | Dublin |
| Jonathan Rea Secrest | Columbus |
| Warren Jeffrey Sefton | Columbus |
| Allison Jennifer Shafer | Columbus |
| William Vere Shaklee | Columbus |
| Anthony Michael Sharett | Columbus |
| Alyssa Halley Shenk | Columbus |
| Linda Marie Sheppard | Columbus |
| Michael Charles Sherman | Worthington |
| Ryan Patrick Sherman | Columbus |
| Kellie Lynn Shoop | Dublin |
| Jason Vern Shugart | Columbus |
| Damian William Sikora | Columbus |
| Alison Marie Skinner | Columbus |
| Ehren Wesley Slagle | Westerville |
| Emily Anne Smith | Columbus |
| Kimberly Marie Smith | Grove City |
| Melita Lynette Smith | Columbus |
| Dana Dior Smoot | Columbus |
| Carrie Sue Snoke | Columbus |
| Cynthia Elizabeth Ann Solomon | Columbus |
| Allan Drew Sowash | Worthington |
| Stephanie Spears | Columbus |
| David Dwight Spencer | Columbus |
| Karen Noel Spica | Worthington |
| Kenneth Alexander Spilke | Columbus |
| Amanda Jo Stallard | Columbus |
| Lisa Marie Stanar | Columbus |
| Lori Michelle Stevens | Columbus |
| Christopher David Stock | Columbus |
| Lori Lee Stone | Columbus |
| Michael Robert Stonebrook | Grove City |
| Angela Marie Sullivan | Reynoldsburg |
| Lyndsay Marie Sullivan | Columbus |
| Christopher Eric Sumi | Dublin |
| Paul Anthony Swain | Columbus |
| Christopher Nathan Swank | Columbus |
| Catherine Mayer Swartz | Columbus |
| Heather Nicole Taylor | Columbus |
| Timothy Shawn Taylor | Columbus |
| Adria Michele Tippins | Columbus |
| Katie Lynn Tournoux | Dublin |
| Michael Lawrence Tranter | Columbus |
| Natalie Christine Trishman | Columbus |
| Chris Constantine Tsitouris | Columbus |
| Jo-Ellyn Ethel Tucker | Columbus |
| Mark Martin Turner | Columbus |
| Amanda Louise Tuttle | Columbus |
| Kelley Lin Vornbrock | Columbus |
| Elizabeth Cole Wampler | Columbus |
| Sean Mathew Warner | Columbus |
| Patrick Michael Watts | Columbus |

| | |
|---|---|
| Amy Claire Wetzelberger | Columbus |
| Lisa Ann White | Dublin |
| Amy Beth Whitehair | Hilliard |
| Matthew Bryant Wideman | Columbus |
| Paul Geoffrey Wilkins | Columbus |
| Lydia Beth Williams | Westerville |
| Michael David Winston | Columbus |
| Michael Andrew Wise | Dublin |
| Ronald Arthur Wittel, Jr. | Columbus |
| Isaac Stephen Wofford | Canal Winchester |
| Carrie Doppes Wolfe | Grove City |
| Nicole Jacqueline Woods | New Albany |
| Jeremy Ballinger Wright | Dublin |
| Lisa Marie Yerrace | Columbus |
| Andrew Neil Yosowitz | Columbus |
| Edward James Ziegler | Columbus |
| Anna Theano Zissis | Columbus |

## Gallia

| | |
|---|---|
| Michael Ned Eachus | Gallipolis |

## Geauga

| | |
|---|---|
| Brandon James Henderson | Chardon |
| William Michael Hulett | South Russell |
| Philip Getzman King | Chardon |
| Rebecca Susan Molyneaux | Novelty |
| John Donald Pinzone | Chardon |
| Natalie Marie Rogal | Chesterland |
| Matthew William Rolf | Chardon |
| Kelly Ann Slattery | Chesterland |
| Martha Rose Spaner | Russell Township |

## Greene

| | |
|---|---|
| Eric Charles Chaffee | Beavercreek |
| Tony Ting-An Chen | Fairborn |
| Reade William Faulkner | Fairborn |
| Stephanie Sue Harting | Dayton |
| Diana Kathleen Hollingsworth | Jamestown |
| Caroll Ann Latimore | Spring Valley |

## Hamilton

| | |
|---|---|
| Nathan Joseph Allen | Cincinnati |
| Mark Richard Anderson | Cincinnati |
| Aine Marie Baldwin | Cincinnati |
| Sean Christopher Balnes | Cincinnati |
| Michael Robert Barnett | Cincinnati |
| Patrick Michael Barnett | Cincinnati |
| Amanda Ruth Barrett | Cincinnati |
| Candice Charlotte Bean | Cincinnati |
| Mackenzie Lea Becker | Cincinnati |
| Gregory Walter Bee | Cincinnati |
| Janice Helen Beiderbeck | Cincinnati |
| Jennifer Marie Paschen Bergeron | Cincinnati |
| Kathleen Ann Catlin Bledsoe | Cincinnati |
| James Francis Bogen | Cincinnati |
| Roger Pierre Bouchard | Cincinnati |
| Susan Embrey Brabenec-Page | Cincinnati |
| William Joseph Brissie | Cincinnati |
| Melanie Kay Brokaw | Greenhills |
| Sarah Elizabeth McPherson Buzzee | Cincinnati |
| Linda Calambas | Loveland |
| Robert Eugene Caldwell | Cincinnati |
| Kathleen Yates Carter | Cincinnati |
| Matthew Roberts Chasar | Cincinnati |
| Erin Cunniff Childs | Cincinnati |

| | |
|---|---|
| Mary Elizabeth Cleveland | Cincinnati |
| Whitney Blythe Cochran | Cincinnati |
| Marcus Edward Coleman | Cincinnati |
| Kenneth John Crehan | Cincinnati |
| Bryant Leon Crutcher | Cincinnati |
| Blake Wilson Cullen | Cincinnati |
| Trisha Annette Culp | Cincinnati |
| Suzanne Juil Darling | Cincinnati |
| Christina Rosella Dattilo | Cincinnati |
| Patrick Joseph Deininger | Cincinnati |
| Corey Anne Donovan | Cincinnati |
| William Andrew Douglass | Cincinnati |
| Eleni Martha Economacos | Cincinnati |
| Ryan Christian Edwards | Cincinnati |
| Douglas Joseph Feichtner | Saint Bernard |
| LaJuan Fleetwood | Cincinnati |
| Stephen Francis Florian | Cincinnati |
| Brian Reynolds Frazier, Sr. | Cincinnati |
| Kirstin Therese Fullen | Cincinnati |
| Thomas Bradley Gaugh | Cincinnati |
| Kevin Robert Ghassomian | Cincinnati |
| Brian Lawrence Gist | Cincinnati |
| Sarah Louise Glassmeyer | Cincinnati |
| Jacqueline Meyer Goldman | Cincinnati |
| Gerald Henry Greene, Jr. | Wyoming |
| Amy Diane Hathaway | Cincinnati |
| Panqing He | Cincinnati |
| Scott Matthew Heenan | Cincinnati |
| Gregory William Heimkreiter | Cincinnati |
| Gretta Michele Herberth | Cincinnati |
| Robert Henry Herzog | Cincinnati |
| Walter Ashley Hess | Cincinnati |
| Krista Anne Hickey | Cincinnati |
| Arthur William Hill | Cincinnati |
| Rachel Ellen Hinkle | Cincinnati |
| Bridget Christine Hoerst | Cincinnati |
| Ian Clay Humphrey | Cincinnati |
| Kasey Todd Ingram | Cincinnati |
| Kurt Michael Irey | Cincinnati |
| Larry Irvin Jackson | Cincinnati |
| Sharon Ann Jermany | Cincinnati |
| Karen Lee Kaske | Cincinnati |
| Terrence Edward Kelley | Terrace Park |
| Susan Lynn Krueger | Terrace Park |
| Rose Mary Kunkemoeller | Cincinnati |
| Andrew Robert Kwiatkowski | Cincinnati |
| Anika Nicole Lackey | Cincinnati |
| Max Vernon Langenkamp | Cincinnati |
| Peter Long Le | Cincinnati |
| Nicole Mercedes Lockette | Cincinnati |
| Matthew Christopher Loftus | Cincinnati |
| Susan Marian Luken | Cincinnati |
| Susana Elizabeth Lykins | Cincinnati |
| Carlos Francisco Martin | Cincinnati |
| Ryan Patrick McDonald | Cincinnati |
| Tamara Renee McIntosh | Cincinnati |
| Timothy Joseph McKenna | Cincinnati |
| Erik Nels Michaelsen | Cincinnati |
| Geoffrey Martin Miller | Cincinnati |
| Michael John Moeddel | Cincinnati |
| James August Monk | Cincinnati |
| Kelly Patricia Moore | Cincinnati |
| Larry Dean Moore | Loveland |

| | |
|---|---|
| Devon Loraine Moser | Cincinnati |
| Elizabeth Anne Mulcahy | Cincinnati |
| Darren Joseph Mullaney | Loveland |
| Laura Irene Munson | Cincinnati |
| Douglas Joseph Nienaber | Cincinnati |
| Patrick Earl Noser | Cincinnati |
| Michael Dillon O'Neill | Cincinnati |
| Leigh Anne Olmstead | Cincinnati |
| Brian Scott Pasko | Cincinnati |
| Karen Ann Margaret Patterson | Cincinnati |
| Paula Holmes Payne | Cincinnati |
| Roy Vincent Pitman | Cincinnati |
| Aleshia Jeane Politsky | Cincinnati |
| Jennifer Erin Porter | Cincinnati |
| Johnny David Pryor | Cincinnati |
| Heather Ann Raabe | Cincinnati |
| Kyle Matthew Rea | Cincinnati |
| Joseph Mark Reder | Cincinnati |
| Robert Elliot Rickey | Cincinnati |
| Justin William Ristau | Cincinnati |
| Brie Summer Rogers | Cincinnati |
| Amy Lea Rollins | Cincinnati |
| Emily Suzanne Russell | Cincinnati |
| Kimberly Marie Sabo | Cincinnati |
| Steven Louis Sacks | Cincinnati |
| Lainie Noelle Sarvo | Cincinnati |
| Aliette Marie Sastre | Cincinnati |
| Kristina Sterrett Sawyer | Cincinnati |
| Garth Roland Segroves | Loveland |
| Lester Wayne Sims, Jr. | Cincinnati |
| Hope Alecia Smith | Cincinnati |
| Scott Christopher Smith | Cincinnati |
| Donald George Stiens, Jr. | Cincinnati |
| Jillian Martha Suwanski | Cincinnati |
| Mary Lynn Tate | Cincinnati |
| Marquita Rene Thatcher | Cincinnati |
| Robert Joseph Thumann | Cincinnati |
| Rebekah Ellen Tidwell | Cincinnati |
| Hans Michael Tinkler | Cincinnati |
| Louis Edward Valencia | Cincinnati |
| Richard Carl Vande Ryt | Cincinnati |
| Patrick Robert Veith | Cincinnati |
| Julie Lynn Walters | Cincinnati |
| John Patrick Weber | Cincinnati |
| Sara Bardon Wikstrom | Cincinnati |
| Erik Jon Wilbekin | Cincinnati |
| Layla Kamaria Willingham | Woodlawn |
| Jeffrey Anthony Willis | Cincinnati |

## *Hancock*

| | |
|---|---|
| Bernard Raymond Bogan | Findlay |
| Cynthia Ann Doss | Fostoria |
| Christie Lynn Haniford | Findlay |
| Nicole Marie Hauenstein | Arcadia |
| Lisa Ann Millhoan | Findlay |
| Joyce Ann Plummer | Mount Blanchard |
| Mark Robert Polelle | Findlay |
| Loretta Ann Riddle | Arcadia |
| Jenny Lynn Sammet | Findlay |
| Terry Dean Sullivan | Findlay |
| Linnville Ray Taggart | Arcadia |
| Suzanne Corrinne Weininger | Findlay |

## *Hardin*

| | |
|---|---|
| Christine Marie Bollinger | Ada |
| Richard Carlton Brooks, Jr. | Ada |
| Jeffre Richard Crandall | Kenton |
| Leslie Leon Davis | Ada |
| Beth Anne Kostic Fenton | Ada |
| Beth Cara Jones | Ada |
| Todd Edward Kohlrieser | Ada |
| Jeremy Malcolm McLendon | Ada |
| David Edward Mortimer | Ada |
| Misty Michelle Oehler | Ada |
| Heather Lynne Phipps | Ada |
| Colin Patrick Sammon | Ada |
| LeAnna Dawn Smack | Ada |
| Derrick Anthony Sottile | Ada |

## *Henry*

| | |
|---|---|
| Karen Sue Manahan | Napoleon |

## *Hocking*

| | |
|---|---|
| Frederick Thomas Moses | Rockbridge |

## *Huron*

| | |
|---|---|
| Laura Elaine Alkire | Bellevue |
| West Moore Ruggles | Norwalk |

## *Jackson*

| | |
|---|---|
| Randy Heath Dupree | Wellston |

## *Lake*

| | |
|---|---|
| Nancy Lynn Biddell | Concord |
| Amy Leigh Cadle | Willoughby |
| Thomas Nappi Couhig | Painesville Township |
| Sandra Michelle DiFranco | Concord |
| Joan Marie Drnek | Willoughby |
| Cheryl Kaye Hathaway | Madison |
| Lori Renee Leskovec | Willoughby |
| Beatrice Loyer | Willoughby Hills |
| Patrick Joseph Phillips | Willoughby Hills |
| Maria Alana Pisanick | Concord |
| John Michael Rogers | Mentor-on-the-Lake |
| Douglas Richard Simek | Concord |
| Mathew Edward Spangler | Fairport Harbor |
| Cheryl Marie Speers | Perry |
| Danielle Deborah Swanda | Willoughby Hills |
| Sheri Anne Sweeney | Mentor |
| Jane Frances Warner | Kirtland |

## *Lawrence*

| | |
|---|---|
| Frederick Coffin Fisher, Jr. | Kitts Hill |

## *Licking*

| | |
|---|---|
| Gerald Wayne Salters | Reynoldsburg |

## *Logan*

| | |
|---|---|
| Ryan Christopher Schrader | Huntsville |

## *Lorain*

| | |
|---|---|
| Craig Allan Baughman | Lorain |
| Kenneth Duane Baughman | Lorain |
| Priscilla Lee Berthold | Lorain |
| Brian William Bolinger | Amherst |
| Brian Winsor Bonham | Sheffield Village |
| James Quincy Butler | Lorain |
| Amanda Mary Cooke | Lorain |
| Patricia Anne Ekers | Avon Lake |
| John Gerak | Avon |

| | |
|---|---|
| Amy Ioannidis | Sheffield Lake |
| Susan Elizabeth Keating | Avon Lake |
| Fisiwe Desiree Kies | North Ridgeville |
| Christopher James Pierre | Oberlin |
| Alexander Valentino Sarady | Avon Lake |
| Erin Marie Sheehan | Avon |
| Thomas Jason Surovy | Amherst |
| Jason Lanell Thompson | Oberlin |
| Ann S. Vaughn | Lorain |
| Kelley Anne Zan | Amherst |

## *Lucas*

| | |
|---|---|
| Timothy Robert Alley | Toledo |
| Keena Lee Amstutz | Holland |
| Rebecca Jeannette Bell-Stulz | Toledo |
| Todd Michael Burger | Toledo |
| Justin Donald Burnard | Toledo |
| Amy Lynn Butler | Toledo |
| Tonya Lynn Carr | Toledo |
| Nathan Thomas Clark | Toledo |
| Jeffery Allan Culver | Sylvania |
| Daniel Mark DeAngelis | Toledo |
| Lisa Marie Edwards | Toledo |
| Christopher Alan Forejt | Toledo |
| Mary Catherine Gantzos | Toledo |
| Ryan Joseph Gerace | Toledo |
| Cynthia Arredondo Geronimo | Toledo |
| Ellen Michel Grachek | Toledo |
| Scott Michael Graeff | Toledo |
| Duncan Lee Hanes | Toledo |
| Andrew Philip Hart | Toledo |
| Philip Stephen Heebsh | Toledo |
| Karlene Dian Henderson | Toledo |
| Stephen Jeffrey Herwat | Toledo |
| Brian Anthony Hizer | Maumee |
| Bradley Francis Hubbell | Toledo |
| Mark Andrew Imwalle | Toledo |
| Nadeane Denise Johnson | Toledo |
| Todd Joseph Kuhn | Toledo |
| Dawn Rene Kynard | Toledo |
| Gina Maria Lewis | Toledo |
| Amy Marie Logan | Toledo |
| Ty Stephen Mahaffey | Toledo |
| Kenneth Leon Marable | Toledo |
| Wesley Charles Meinerding | Toledo |
| Mark Edward Mercer | Sylvania |
| Shannon Alea Moreland | Toledo |
| Andrew Joseph Niese | Toledo |
| Linda Packo | Sylvania |
| Eric Stuart Peterson | Toledo |
| Amy Brooke Phelps | Toledo |
| Milton Edwin Pommeranz | Toledo |
| Merritt Jeannine Pridgeon | Sylvania |
| Michael Richard Renz | Toledo |
| Stacy Elizabeth Roberts | Maumee |
| Albert Joseph Sanders | Toledo |
| Staci Erica Schweikert | Toledo |
| Lindsay Michelle Sestile | Toledo |
| David Edward Shultz | Toledo |
| Stephen John Snider | Maumee |
| Daniel Joseph Sullivan | Toledo |
| Wednesday Michelle Szollosi | Toledo |
| Allison Michele Taylor | Toledo |
| Carolyn Sue Toth | Sylvania |

| | |
|---|---|
| Tracy Michelle Frey Van Winkle | Toledo |
| Eva C. Vindas | Toledo |
| Lynn Ann Vuketich | Oregon |
| Gregory Hugh Wagoner | Toledo |
| Laurie Ann Watson | Toledo |
| Andrew Martin Weisenburger | Toledo |
| Kevin Duane West | Toledo |
| David Spencer Willey | Toledo |
| Holly Mae Wingate | Toledo |
| Melissa Marie Witker | Toledo |
| Wendy York Wittenberg | Toledo |
| Janice Koh-un Yoon | Toledo |
| Lisa Eileen Ziegler | Sylvania |

## Mahoning

| | |
|---|---|
| Brett Robert Billec | Campbell |
| Michael John Crogan, Jr. | Boardman |
| Jason Scott Damicone | Canfield |
| Michael Theodore Frye | Youngstown |
| Kristi Jean Kmetz | Lowellville |
| John William Perrotta | Canfield |
| Kerry Lynn Popio | Boardman |
| Kenneth Lee Sheppard, Jr. | Boardman |
| Christine Marie Tomko | Canfield |
| Nomiki Perantinides Tsarnas | Campbell |
| Adam Ryan Van Rees | Canfield |

## Marion

| | |
|---|---|
| Douglas Benjamin Diequez | Marion |
| Jon Stuart Doyle | Marion |
| Larry Neil Heiser | Marion |
| Timothy Scott Kazee | Caledonia |

## Medina

| | |
|---|---|
| Pravin Singh Bhakuni | Akron |
| Jennifer Diane Brown | Medina |
| Andrea Lynn Burdell-Ware | Medina |
| Heidi Rosemarie Carroll | Valley City |
| Jason Bernard Desiderio | Medina |
| Mary Kathleen Flaherty | Medina |
| Paul Edward Franz | Hinkley |
| Regina Marie Gaskill | Wadsworth |
| Lora Ann Hartmann | Medina |
| Eric Dale Jorgenson | Hinckley |
| Lisa Melaniee Mahoney | Medina |
| Ryan Kenneth Miltner | Medina |
| Cathy Christine Prusinski | Brunswick |
| Jeffrey Dean Roush | Medina |
| Bethany Ray Scheffler | Wadsworth |
| Phebe Ann Simpson | Medina |
| Jeremiah Joseph Wood | Medina |

## Miami

| | |
|---|---|
| McKenzie Kyle Davis | Tipp City |
| Amy Ruth DeCamp | Tipp City |
| Holly Lynn Hawk | Tipp City |
| Roberta Sue Roberts | Piqua |

## Montgomery

| | |
|---|---|
| Wesly Adam Alig | Miamisburg |
| Matthew David Austin | Dayton |
| Rebecca Lynn Bailey | Dayton |
| Oliver Michael Bather | Miamisburg |
| Sheila Dawn Thomas Benson | Dayton |
| Stacey Denise Benson-Taylor | Dayton |
| Lenee Mary Brosh | Englewood |

| | |
|---|---|
| John Paul Carlson | Dayton |
| Thomas Delbert Carpenter, Jr. | Dayton |
| Robert Stephen Chelle | Centerville |
| Kristin Lynn Christian | Dayton |
| Andrew Pryor Conley | Kettering |
| Aimee Lynn Crumbley | Dayton |
| Laurie Ann Nicole Dendwick-Gordon | West Carrollton |
| Brian Carl DiFranco | West Carrollton |
| Kyle Christopher Duwel | Dayton |
| Kimberly Ann Edelstein | Dayton |
| Melissa Erwin Gauggel | West Carrollton |
| Salvatore Anthony Gilene | Kettering |
| Jennifer Anne Grove | Centerville |
| Vaseem Syed Yousef Hadi | Dayton |
| Arthur Francis Hathaway, Jr. | Dayton |
| Jeffrey Robert Helms | Dayton |
| George Robert Hicks | Dayton |
| Louis Victor Imundo, III | West Carrollton |
| Robert Forrest Jacques | Dayton |
| Kathryn Leigh Jeng | Centerville |
| Kari Jean Johnston | Dayton |
| Tabitha Dee Justice | Dayton |
| Robert Warner Kiefaber | Dayton |
| Rebecca Ayn Kopp | Centerville |
| Erin Marie Laurito | Kettering |
| Mary Carmichael LeBoeuf | Dayton |
| Joshua Douglas Marcum | West Carrollton |
| Jennifer Marie McCullough | Miamisburg |
| Thomas Clarke Miller | Dayton |
| Joseph John Mondock, III | Dayton |
| Nicholas Keith Noland | Dayton |
| Andrea Gabrielle Ostrowski | Kettering |
| Charles Willard Parker | Dayton |
| Scott Michael Richardson | Dayton |
| Denise Aisha Robinson | Dayton |
| Richard Duane Rudd | Phillipsburg |
| Timothy Rockwell Rudd | Brookville |
| Mary Lisa Schafer | Dayton |
| Thomas Brent Scott | Dayton |
| Lee Allan Slone | Dayton |
| Candace Elizabeth Smith | Dayton |
| Candy Sue Smith | Dayton |
| Jeffry Carl Stewart | Dayton |
| Jennifer Lee Stueve | Oakwood |
| Steven Dean Taylor | Moraine |
| James Richard Vogel, II | Dayton |
| Jeanna Marie Weaver | Dayton |
| Matthew John Wiles | Kettering |
| Stephanie Lee Winquist | Dayton |

## Morrow

| | |
|---|---|
| Angela Dee Jenkins | Mount Gilead |

## Muskingum

| | |
|---|---|
| Michael Cavanaugh Allbritain | Zanesville |
| Diane Sue Hoffer | Norwich |
| Adnan Ahmad Latif | Zanesville |

## Ottawa

| | |
|---|---|
| Erick Douglas Gale | Port Clinton |

## Paulding

| | |
|---|---|
| Brian Scott Gorrell | Paulding |

## Perry

| | |
|---|---|
| Michelle Leigh Monty | Somerset |

07-01-02

## Pickaway

| | |
|---|---|
| Leif Phillip Bickel | Circleville |
| Jennifer Mae McDaniel | Circleville |

## Pike

| | |
|---|---|
| Jessica Sue McDonald | Lucasville |
| David Dale Seif, Jr. | Waverly |

## Portage

| | |
|---|---|
| Timothy Dale Bennett | Mogadore |
| Cosmin Cocirteu | Mogadore |
| Pamala Sue Harris | Aurora |
| Kristen Marie Hollering | Kent |
| Erik Erwin Jones | Ravenna |
| Jeffrey Mark Kiggans | Ravenna |
| Jessica Lee Lane | Ravenna |
| Judith Ann Miedema | Mantua |
| Neil Michael Semple | Ravenna |

## Preble

| | |
|---|---|
| Jennifer Lynne Maffett | Eaton |

## Putnam

| | |
|---|---|
| Christina Louise Looser | Cloverdale |
| Lee Richard Schroeder | Leipsic |
| Todd Christopher Schroeder | Ottawa |
| Jeffrey Ryan Wahl | Pandora |

## Richland

| | |
|---|---|
| T. Stephen Dubusky, II | Lexington |
| Mark Alan Marshall | Mansfield |

## Ross

| | |
|---|---|
| Michael Sean Cydrus | Kingston |

## Sandusky

| | |
|---|---|
| Elizabeth Ann Fox | Fremont |
| Louis Patrick Gabel | Fremont |
| Andrew Robert Mayle | Fremont |

## Scioto

| | |
|---|---|
| Barry Allen Buckler | Lucasville |
| Dustin Joe Kellogg | Franklin Furnace |

## Shelby

| | |
|---|---|
| Casey Renee Crosley | Anna |
| Jennifer Lynn DeLand | Sidney |
| Nicole Marie Ruhenkamp | Fort Loramie |

## Stark

| | |
|---|---|
| Mara Catherine Aman | Canton |
| Christine Renee Bates | Massillon |
| Michael Stanley Bickis | Canton |
| Tyler Stephen Bobes | North Canton |
| Erin Kae Cardinal | Alliance |
| Gracie Brenda Coey | North Canton |
| Peggie Kay Conner | Louisville |
| Neil Edward Cotiaux | North Canton |
| Vicki Lynn DeSantis | Massillon |
| Kara Michelle Dodson | Massillon |
| Faith Renee Dylewski | North Canton |
| Leslie Gulley | Canton |
| Jason Frederick Haupt | Hartville |
| Annette Ruth Haut | Canton |
| Amanda Beth Hunt | North Canton |
| Vernon Michael Infantino | Uniontown |
| Scott Kenneth Junod | North Canton |
| Monica Elizabeth Kramer | North Canton |

| | |
|---|---|
| Michael Scott May | Massillon |
| Kevin Lee McCue | Massillon |
| Carl Anthony Morgan | Louisville |
| W. Scott Oelslager | Canton |
| James Patrick Allan Phillips | Canton |
| Susan Renee Pierce | Canal Fulton |
| Donald Lee Robbins, Jr. | Canton |
| Mark Joseph Scarpitti | Massillon |
| Todd Aaron Snitchler | Uniontown |
| Theologos Verginis | North Canton |

## *Summit*

| | |
|---|---|
| Laura Odenweller Berzonski | Stow |
| Joseph William Borchelt | Akron |
| Jennifer Ann Buckley | Wadsworth |
| Matthew Jonathan Carty | Barberton |
| Jamie Lynette Chancey | Akron |
| John Edward Chapman | Akron |
| Maria Esther Chin | Stow |
| Leza Ann Cole | Akron |
| Larry Christopher Coleman | Akron |
| Todd Michael Connell | Akron |
| Fred Peter Costello, III | Hudson |
| Walter Edward Crooks | Akron |
| Duriya Ali Dhinojwala | Akron |
| Teresa Lynne Dirksen | Akron |
| Nancy Nicole Endejann | Akron |
| Michael James Flannery | Stow |
| Stephen Russell Franks | Akron |
| Angela Marie Frisina | Akron |
| Jennifer Robyn Harris | Akron |
| Joan Eileen Hauenstein | Hudson |
| Andrew Thomas Hayes | Akron |
| Kristi Lynette Hilbish | Tallmadge |
| Christine Susan Hill | Tallmadge |
| Jeffrey Charles Honaker | Akron |
| Melissa Ann Jones | Norton |
| Margaret Tisha Karl | Stow |
| Kerri Lynn Keller | Macedonia |
| Michael Scott Kidd | Akron |
| Jeffrey Allan Kleha | Akron |
| Eric Thomas Kohut | Akron |
| Marie Annette Kondik | Norton |
| Christopher Jan Korff | Hudson |
| Leah Marie Kramer | Akron |
| Michelle Lynn Krocker | Akron |
| Mahli Xuan Mechenbier Lagwinski | Akron |
| John Craig Leach | Fairlawn |
| Tiffany Omolara Lee | Akron |
| Fang Liu | Fairlawn |
| Faye Dian Locke | Akron |
| Bradley Andrew Lohan | Cuyahoga Falls |
| Gregory Justin Lucht | Akron |
| Chrysostomos Elias Manolis | Copley |
| Tracy Ann McLean | Akron |
| Thomas Michael McNerney | Hudson |
| Matthew Edmund Meyer | Akron |
| Lucy Ramos Miller | Stow |
| Sean Patrick Moore | Akron |
| Diana Lynn Muhlberg | Stow |
| Steven Paul Mutersbaugh | Munroe Falls |
| Phylanice Alethea Nashe | Twinsburg |
| Jennifer Elizabeth Oettinger | Cuyahoga Falls |
| Jon Alexander Oldham | Silver Lake |

| | |
|---|---|
| Vayia Papanicolaou | Cuyahoga Falls |
| Megan Elizabeth Peirce | Cuyahoga Falls |
| Paul Nickolas Peterson | Cuyahoga Falls |
| Krista Leigh Piersol | Fairlawn |
| Matthew Joseph Plesich | Akron |
| John Charles Ragner | Akron |
| Owen James Rarric | Akron |
| Caroline Regallis | Akron |
| Jay Lawrence Reitzes | Sagamore Hills |
| Kerry Melissa Renker | Stow |
| Christopher Paul Reuscher | Akron |
| Laryn Dee Runco | Hudson |
| James Ronald Russell, Jr. | Clinton |
| Julie Ann Schafer | Fairlawn |
| Mark Leonard Sweeney | Munroe Falls |
| Amanda Michelle Teuscher | Tallmadge |
| Ben Frank Thalrose | Munroe Falls |
| Kimberly Jo Timer | Copley |
| Daniel Turner, Jr. | Akron |
| Elizabeth Ann Tye | Cuyahoga Falls |
| David Anthony Welling | Akron |
| Jason Thomas Wells | Norton |
| Brandon Michael White | Mogadore |
| Jeffery Deane Williams | Akron |
| Richard Joseph Williams | Stow |
| Gregory James Wysin | Akron |
| Matthew Michael Young | Hudson |

## Trumbull

| | |
|---|---|
| Stacey Lynn Alejars | Girard |
| Enzo Ckenebte Cantalamessa | Warren |
| James Anthony Catipay | Warren |
| Joseph Anthony Giuliano | Niles |
| Amy Lynne Higgins | Masury |
| Timothy Allan Hodgkiss | Warren |
| Lisa Lorraine Johnson | Warren |
| Dax William Alexander Kerr | Brookfield |
| Donald Larry Kline, II | Liberty |
| Dawn Patricia Krueger | Warren |
| Marcie Lynne Patzak | Youngstown |
| Ursula Patrice Shugart | Hubbard |
| Kathleen Thompson | Masury |
| Jonathan Stephen Tsilimos | Warren |

## Tuscarawas

| | |
|---|---|
| Jason Richard Farley | Dover |
| Stacey Ann Morris | Dover |
| David Lloyd Schlarb, II | New Philadelphia |
| Nicole Rae Stephan | Dover |

## Union

| | |
|---|---|
| Damon Kahl Bingman | Marysville |
| Mary Cole Mertz | Marysville |

## Van Wert

| | |
|---|---|
| Jill Tara Leatherman | Van Wert |
| Shaun Alan Putman | Van Wert |
| Todd David Wolfrum | Van Wert |
| Brian David Wood | Convoy |

## Warren

| | |
|---|---|
| Brian Keith Autero | Lebanon |
| Roberta Jill Barbanel | Loveland |
| Jeffrey Allen McCormick | Lebanon |
| John Conrad Meehling | Franklin |
| Ronan Christopher Ragiel | Maineville |

07-01-02

| | | |
|---|---|---|
| Gina Renea Russo | | Loveland |
| Katherine Anne Ruwe | | Mason |
| Brian Allen Tent | | Maineville |
| Melissa Ann Wolf | | Maineville |

## *Washington*

| | | |
|---|---|---|
| Amy Sue Graham | | Bartlett |
| Bryn Michelle Taylor | | Marietta |

## *Wayne*

| | | |
|---|---|---|
| Jina Fern Amstutz | | Orrville |
| Mark Milo Beckler | | Wooster |
| Daniel William Kaufman | | Orrville |
| Tammye Lynn King | | Doylestown |
| Tricia Lynn Plant | | Wooster |

## *Wood*

| | | |
|---|---|---|
| Michele Lynn Bracy | | Perrysburg |

## *Out of State Applicants*

| | | |
|---|---|---|
| Steven Anthony Abood | Atlanta | GA |
| Alison Holmes Accettola | Washington | DC |
| Mark Benjamin Angres | Gaithersburg | MD |
| Melissa Lynne Arnzen | Fort Wright | KY |
| John Fitzgerald Arvay | Lambertville | MI |
| Elbert Douglas Baldridge, Jr. | Covington | KY |
| B. Bradley Berry | Edgewood | KY |
| Scott Anthony Best | Union | KY |
| Cameron John Blau | Fort Thomas | KY |
| Patrick Edward Brady, Jr. | Silver Spring | MD |
| Marianne Jones Brehm | Elsmere | KY |
| Nicholas Anthony Brevetta | Sharon | PA |
| Leslie Brook Brinning | Petersburg | MI |
| Eric Lawrence Broxterman | Southlake | TX |
| Joseph Scott Burns | Newport | KY |
| Kendra Marie Cameron | Boston | MA |
| Natasha Marie Cavanaugh | Charlottesville | VA |
| Cynthia Lynne Clay | Cold Spring | KY |
| Joseph Lawrence Cohen | Lexington | VA |
| Matthew Benjamin Crane | Durham | NC |
| Colleen Mary Craven | Arlington | VA |
| William York Culbertson | Crestview Hills | KY |
| Devin Clarke Dolive | Southgate | KY |
| Denise Mullen Everett | Louisville | KY |
| Marc Harris Feldman | Chicago | IL |
| Heather Joan Fournier | Orange | CA |
| Michael Drew Goldstein | Madison | WI |
| Kelly Ann Green | Somervile | MA |
| Patrick Henry Haggerty | Fort Wright | KY |
| Quinten Lee Harris | Bloomington | IN |
| Lawrence Charles Hawkins, III | San Diego | CA |
| Jeremy Andrew Hayden | Park Hills | KY |
| John Christopher Hendricks | Highland Heights | KY |
| Lynda Marie Hils | Erlanger | KY |
| Adrienne Sue Holin-Foster | North Miami Beach | FL |
| Amy Lynn Hunt | Bellevue | KY |
| Nancy Hils Igel | Taylor Mill | KY |
| Justin Lee Jablonski | Newport | KY |
| Jeniece Diane Jones | Highland Heights | KY |
| Kathleen Elizabeth Kahmann | Lexington | KY |
| Colleen McGurk Kazmierski | Highland Heights | KY |
| Steven Michael Kirchner | Wheeling | WV |

07-01-02

| | | |
|---|---|---|
| Kelly Anne Kosek | Williamsburg | VA |
| Daniel Joseph Layden | Lafayette | IN |
| Katheryn Meagan Lloyd | Durham | NC |
| Albert Lester Long, Jr. | Newport | KY |
| Nathan Lawrence Lutz | Chicago | IL |
| Karl Matthew Maersch | Chicago | IL |
| Margaret Mary Maggio | Fort Thomas | KY |
| Anthony Ross McClure | Naperville | IL |
| Laurie Ann McCluskey | Highland Heights | KY |
| Michael Scott McIntyre | Lexington | KY |
| Judson Grant McMillin | West Harrison | IN |
| Bishoy Mikhail Mikhail | New York | NY |
| David Eduard Mills | Ann Arbor | MI |
| Emerson Christopher Moser | Anderson | IN |
| Sarah Allene Nefzger | Highland Heights | KY |
| Daniel Alan Niehaus | Covington | KY |
| Victoria Lynn Nilles | Granger | IN |
| James Hudson Owens | Fort Thomas | KY |
| Punam Krishnakumar Parikh | Villa Hills | KY |
| Victor Hugo Perez | Cicero | IL |
| Kimberly Ann Petty | Erlanger | KY |
| Thomas Harvey Peyton | Hurricane | WV |
| Amber Ann Porter | Florence | KY |
| William Lawrence Purtell | Villa Hills | KY |
| Mary Burnside Pyle | Newport | KY |
| Chitra Ramanathan | Exton | PA |
| Robert Lee Raper | Bellevue | KY |
| Lora Metz Reece | Ann Arbor | MI |
| Erin Nicole Rieger | Florence | KY |
| Joshua Daniel Rogers | Gilbert | AZ |
| Ari Nicholas Rothman | Bethesda | MD |
| Athena Cinyetta Rudolph | Fort Washington | MD |
| Arthur William Scherbel | New York | NY |
| Alexandra Tamar Schimmer | New Haven | CT |
| Derek Whitacre Scranton | Cold Spring | KY |
| Kyung Chul Shin | Ellicott City | MD |
| William Joongkee Shin | Orland Park | IL |
| Heather Ann Smith | Matthews | NC |
| Patricia Anne Smith | Indianapolis | IN |
| Nicole Michelle Smithson | Tucson | AZ |
| Sabrina Sondhi | Cypress | CA |
| Diane Murray St. Onge | Lakeside Park | KY |
| Jennifer Ann Stefanski | Notre Dame | IN |
| Christopher Michael Steiner | Phoenix | AZ |
| William Kash Stilz, Jr. | Fort Thomas | KY |
| Agnes Catherine Stucke | Oil City | PA |
| Linda Eloise Surber-Slayback | Erlanger | KY |
| Kendra Anne Tabak | Edinburg | PA |
| Julia Edith Tarvin | Newport | KY |
| Leigh Kimbrough Taunton | South Royalton | VT |
| Mark Daniel Trainer | Indianapolis | IN |
| JaMone Rene Turner | Pittsford | NY |
| Heather Lynn Varley | Binghamton | NY |
| Jay Ryder Vaughn | Burlington | KY |
| Kristin Kennedy Whitaker | Fort Thomas | KY |
| Paul Anthony Wilhelm | Ann Arbor | MI |
| James Micheal Williams | Fort Wright | KY |
| Leah Aisha Williams | Ann Arbor | MI |

07-01-02